# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE REESE, | CASE NO. 1:10-CV-01352-DLB PC |
| Plaintiff, | ORDER STRIKING MOTION FOR PRELIMINARY INJUNCTION |
| v. | (DOC. 9) |
| CDCR MEDICAL DEPARTMENT, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff Bruce Reese ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 23, 2010, Plaintiff filed a motion for preliminary injunction.  This motion is unsigned.  The Court cannot consider unsigned motions.  Fed. R. Civ. P. 11(a).  Accordingly, Plaintiff's motion is HEREBY ORDERED stricken.

    IT IS SO ORDERED.

    **Dated:**   **August 25, 2010**              **/s/ Dennis L. Beck**

                                             UNITED STATES MAGISTRATE JUDGE

1